Mae Q. Probst, Respondent, v. Frederick S. Probst, Appellant. (Appeal No. 2.) — Motion for reargument of Appeal No. 2 denied, without costs, and without prejudice to a further application after the Court of Appeals renders its decision in Appeal No. 1. [See 286 N. Y. 705; see, also, 259 App. Div. 1090; Id. 1091; 260 id. 939; 262 id. 849.] Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Norman Bernstein, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Johnston.

Reconstruction Finance Corporation, Respondent, v. Metropolitan Steel Products Corporation, Respondent, and American Bowling & Billiard Corp., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

Thomas Booth, an Infant, by Frank H. Booth, His Guardian ad Litem, and Frank H. Booth, Respondents, v. Daisy Manufacturing Company, Appellant, and Theodore Zeiler, Defendant. — In an action to recover damages for personal injuries sustained by an infant through the alleged negligence of defendants, and by his father to recover for loss of services and medical expenses, order denying motion of defendant Daisy Manufacturing Company, appearing specially, (a) to dismiss the action on the ground that the court has not acquired jurisdiction over it, (b) to vacate the service of the summons and complaint upon it, and (c) allowing it ten days to answer the complaint, affirmed, with ten dollars costs and disbursements. Appellant's time to answer the complaint is extended for ten days after the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

East Brooklyn Savings and Loan Association, Respondent, v. Samuel B. Weingrad, Appellant, and Others, Defendants.— In a mortgage foreclosure action, resettled order denying appellant's motion to open his default in pleading and for leave to answer the complaint, affirmed, with ten dollars costs and disbursements. Appeal from original order dismissed, without costs. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.